**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: VAN CLEVE, MICHAEL | § | Case No. 12-82667 |
| VAN CLEVE, LAURIE | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 10, 2012. The undersigned trustee was appointed on August 21, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $      290,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 110,995.92 |
| Bank service fees | 203.09 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]       $ | 163,800.99 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/25/2013 and the deadline for filing governmental claims was 11/25/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,126.91. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $10,126.91, for a total compensation of $10,126.91.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/22/2017          By: /s/JAMES E. STEVENS
                              Trustee, Bar No.: 3128256

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-82667  
**Case Name:** VAN CLEVE, MICHAEL  
　　　　　　　VAN CLEVE, LAURIE  
**Period Ending:** 05/22/17  

**Trustee:**　(330420)　JAMES E. STEVENS  
**Filed (f) or Converted (c):** 07/10/12 (f)  
**§341(a) Meeting Date:** 08/09/12  
**Claims Bar Date:** 11/25/13  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2794 Old Oak Drive, McHenry, IL 60050 | 130,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 25.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Structural Iron Workers Local #1 Annuity Plan | 12,000.00 | 0.00 | | 0.00 | FA |
| 6 | Strucural Iron Workers Pension Plan | Unknown | 0.00 | | 0.00 | FA |
| 7 | Potential Claim against Com Ed related to excess | Unknown | 0.00 | | 0.00 | FA |
| 8 | Workers compensation claim Bond Steel | Unknown | 0.00 | | 0.00 | FA |
| 9 | 1995 Chevrolet S-10 Blazer 143,000 miles | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | 1997 Yukon 243,000 miles | 2,400.00 | 0.00 | | 0.00 | FA |
| 11 | Mechanics tools | 200.00 | 0.00 | | 0.00 | FA |
| 12 | Dog -- Rotweiler 2 years old | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Personal Injury Action/vanCleve vs. Power Const. (u) | Unknown | 35,000.00 | | 290,000.00 | FA |
| 13 | **Assets** Totals (Excluding unknown values) | **$149,125.00** | **$35,000.00** | | **$290,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**　July 31, 2015　　**Current Projected Date Of Final Report (TFR):**　May 22, 2017 (Actual)

Printed: 05/22/2017 01:36 PM　　V.13.30

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-82667  
**Case Name:** VAN CLEVE, MICHAEL  
VAN CLEVE, LAURIE  
**Taxpayer ID #:** **-***1319  
**Period Ending:** 05/22/17  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4066 - Checking Account  
**Blanket Bond:** $6,620,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/03/17 | | Anesi Osmon Rodin Novak & Kohen | proceeds personal injury action against Power Construction | | | 179,004.08 | | 179,004.08 |
| | {13} | | Total Settlement | 290,000.00 | 1242-000 | | | 179,004.08 |
| | | | Attorney's Fees (1/3) to Anesi, Ozmon | -96,666.66 | 3210-600 | | | 179,004.08 |
| | | | Reimbursement of Expenses to Anesi, Ozmon | -14,329.26 | 3220-610 | | | 179,004.08 |
| 04/06/17 | 101 | Michael D. VanCleve | Debtor's Personal Injury Exemption | | 8100-002 | | 15,000.00 | 164,004.08 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 203.09 | 163,800.99 |
| | | | **ACCOUNT TOTALS** | | | 179,004.08 | 15,203.09 | **$163,800.99** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | **179,004.08** | **15,203.09** | |
| | | | Less: Payments to Debtors | | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | | **$179,004.08** | **$203.09** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******4066** | **179,004.08** | **203.09** | **163,800.99** |
| | **$179,004.08** | **$203.09** | **$163,800.99** |

{} Asset reference(s)

Printed: 05/22/2017 01:36 PM V.13.30

Printed: 05/22/17 01:36 PM    **Exhibit C**    Page: 1

## Case: 12-82667    VAN CLEVE, MICHAEL

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 07/10/12 | 200 | U.S. Bankruptcy Court<br>327 South Church Street<br>Rockford, IL 6111<br><2700-00   Clerk of the Court Costs (includes adversary and other filing fees)><br>Motion to Reopen Chapter 7 Case (Fee Deferred) - 6/26/13. | 260.00 | 260.00 | 0.00 | 260.00 | 260.00 |
| | 07/10/12 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 12,658.50 | 12,658.50 | 0.00 | 12,658.50 | 12,658.50 |
| | 07/10/12 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)> | 92.89 | 92.89 | 0.00 | 92.89 | 92.89 |
| | 07/10/12 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00   Trustee Compensation><br>[Updated by Surplus to Debtor Report based on Net Estate Value: 137538.28] | 10,126.91 | 10,126.91 | 0.00 | 10,126.91 | 10,126.91 |
| | | | **Total for Priority 200:   100% Paid** | **$23,138.30** | **$23,138.30** | **$0.00** | **$23,138.30** | **$23,138.30** |
| | | | **Total for Admin Ch. 7 Claims:** | **$23,138.30** | **$23,138.30** | **$0.00** | **$23,138.30** | **$23,138.30** |
| **Priority Claims:** | | | | | | | | |
| 1P | 08/30/13 | 570 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><5800-00   Claims of Governmental Units> | 2,640.87 | 2,640.87 | 0.00 | 2,640.87 | 2,640.87 |
| | | | **Priority 570:   100% Paid** | | | | | |
| **Unsecured Claims:** | | | | | | | | |
| 1U | 08/30/13 | 610 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><7100-00   General Unsecured § 726(a)(2)> | 528.60 | 528.60 | 0.00 | 528.60 | 528.60 |
| | | | **Priority 610:   100% Paid** | | | | | |
| 1PI | 08/30/13 | 640 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 26.25 | 26.25 | 0.00 | 26.25 | 26.25 |

Printed: 05/22/17 01:36 PM                    **Exhibit C**                           Page: 2

### Case: 12-82667   VAN CLEVE, MICHAEL

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1UI | 08/30/13 | 640 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br>&lt;7990-00   Surplus Cases Interest on Unsecured Claims (including priority)&gt; | 5.25 | 5.25 | 0.00 | 5.25 | 5.25 |
| | | | **Total for Priority 640:   100% Paid** | **$31.50** | **$31.50** | **$0.00** | **$31.50** | **$31.50** |
| SURPLUS | 07/10/12 | 650 | VAN CLEVE, MICHAEL<br>2704 OLD OAK DRIVE<br>MCHENRY, IL 60050<br>&lt;8200-00   Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)&gt; | 137,461.72 | 137,461.72 | 0.00 | 137,461.72 | 137,461.72 |
| | | | **Priority 650:   100% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | **$138,021.82** | **$138,021.82** | **$0.00** | **$138,021.82** | **$138,021.82** |
| | | | **Total for Case :** | **$163,800.99** | **$163,800.99** | **$0.00** | **$163,800.99** | **$163,800.99** |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                    Exhibit D

Case No.:  12-82667
Case Name:  VAN CLEVE, MICHAEL
Trustee Name:  JAMES E. STEVENS

**Balance on hand:**                                     $        163,800.99

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:      $            0.00
Remaining balance:                          $      163,800.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 10,126.91 | 0.00 | 10,126.91 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 12,658.50 | 0.00 | 12,658.50 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 92.89 | 0.00 | 92.89 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

Total to be paid for chapter 7 administration expenses:   $       23,138.30
Remaining balance:                                        $      140,662.69

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $            0.00
Remaining balance:                                            $      140,662.69

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,640.87 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1P | Internal Revenue Service | 2,640.87 | 0.00 | 2,640.87 |

|  |  |
|---|---:|
| Total to be paid for priority claims: | $ 2,640.87 |
| Remaining balance: | $ 138,021.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 528.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | Internal Revenue Service | 528.60 | 0.00 | 528.60 |

|  |  |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 528.60 |
| Remaining balance: | $ 137,493.22 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None |  |  |  |  |

|  |  |
|---|---:|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 137,493.22 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 137,493.22

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $31.50. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 137,461.72.

**UST Form 101-7-TFR (05/1/2011)**