# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: VAN CLEVE, MICHAEL | § | Case No. 12-82667 |
| VAN CLEVE, LAURIE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $149,125.00
*(without deducting any secured claims)*

Assets Exempt: $47,125.00

Total Distribution to Claimants: $3,200.97

Claims Discharged
Without Payment: $24,708.00

Total Expenses of Administration: $134,337.31

3) Total gross receipts of $ 290,000.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 152,461.72 (see **Exhibit 2**), yielded net receipts of $137,538.28 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $149,825.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 134,337.31 | 134,337.31 | 134,337.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,000.00 | 2,640.87 | 2,640.87 | 2,640.87 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 24,708.00 | 560.10 | 560.10 | 560.10 |
| **TOTAL DISBURSEMENTS** | $180,533.00 | $137,538.28 | $137,538.28 | $137,538.28 |

4) This case was originally filed under Chapter 7 on July 10, 2012. The case was pending for 63 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/19/2017            By:  /s/JAMES E. STEVENS
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Action/vanCleve vs. Power Const. | 1242-000 | 290,000.00 |
| **TOTAL GROSS RECEIPTS** | | $290,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michael D. VanCleve | Debtor's Personal Injury Exemption | 8100-002 | 15,000.00 |
| VAN CLEVE, MICHAEL | Dividend paid 100.00% on $137,461.72; Claim# SURPLUS; Filed: $137,461.72; Reference: | 8200-002 | 137,461.72 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $152,461.72 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank Of America, N.A. | 4110-000 | 149,825.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $149,825.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 10,126.91 | 10,126.91 | 10,126.91 |
| Clerk of the Court Costs (includes adversary and other filing fees) - U.S. | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) - Barrick, Switzer, Long, Balsley & Van | 3110-000 | N/A | 12,658.50 | 12,658.50 | 12,658.50 |
| Attorney for Trustee Expenses (Trustee Firm) - Barrick, Switzer, Long, Balsley & | 3120-000 | N/A | 92.89 | 92.89 | 92.89 |
| Other - Anesi Osmon Rodin Novak & Kohen | 3210-600 | N/A | 96,666.66 | 96,666.66 | 96,666.66 |
| Other - Anesi Osmon Rodin Novak & Kohen | 3220-610 | N/A | 14,329.26 | 14,329.26 | 14,329.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 203.09 | 203.09 | 203.09 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$134,337.31** | **$134,337.31** | **$134,337.31** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | 6,000.00 | 2,640.87 | 2,640.87 | 2,640.87 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$6,000.00** | **$2,640.87** | **$2,640.87** | **$2,640.87** |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | N/A | 528.60 | 528.60 | 528.60 |
| 1PI | Internal Revenue Service | 7990-000 | N/A | 26.25 | 26.25 | 26.25 |
| 1UI | Internal Revenue Service | 7990-000 | N/A | 5.25 | 5.25 | 5.25 |
| NOTFILED | First National Collect | 7100-000 | 323.00 | N/A | N/A | 0.00 |
| NOTFILED | H & R Accounts Inc | 7100-000 | 133.00 | N/A | N/A | 0.00 |
| NOTFILED | West Asset Management | 7100-000 | 62.00 | N/A | N/A | 0.00 |
| NOTFILED | Ffcc-Columbus Inc | 7100-000 | 271.00 | N/A | N/A | 0.00 |
| NOTFILED | Ffcc-Columbus Inc | 7100-000 | 37.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Fin/99 | 7100-000 | 1,255.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Oac | 7100-000 | 15.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | West Asset Management | 7100-000 | 801.00 | N/A | N/A | 0.00 |
| NOTFILED | West Asset Management | 7100-000 | 801.00 | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Financial | 7100-000 | 187.00 | N/A | N/A | 0.00 |
| NOTFILED | Select Portfolio Svcin | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Oac | 7100-000 | 52.00 | N/A | N/A | 0.00 |
| NOTFILED | Oliver Adj | 7100-000 | 59.00 | N/A | N/A | 0.00 |
| NOTFILED | Abn Amro Mortgage Grou | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 19,096.00 | N/A | N/A | 0.00 |
| NOTFILED | A/R Concepts | 7100-000 | 127.00 | N/A | N/A | 0.00 |
| NOTFILED | A/R Concepts | 7100-000 | 144.00 | N/A | N/A | 0.00 |
| NOTFILED | Americollect Inc | 7100-000 | 434.00 | N/A | N/A | 0.00 |
| NOTFILED | A/R Concepts | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | A/R Concepts,Inc | 7100-000 | 45.00 | N/A | N/A | 0.00 |
| NOTFILED | A/R Concepts,Inc | 7100-000 | 38.00 | N/A | N/A | 0.00 |
| NOTFILED | Amer Coll Co | 7100-000 | 64.00 | N/A | N/A | 0.00 |
| NOTFILED | American Collections | 7100-000 | 454.00 | N/A | N/A | 0.00 |
| NOTFILED | Aams Llc | 7100-000 | 310.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $24,708.00 | $560.10 | $560.10 | $560.10 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 12-82667 | **Trustee:** (330420) JAMES E. STEVENS | |
| **Case Name:** VAN CLEVE, MICHAEL | **Filed (f) or Converted (c):** 07/10/12 (f) | |
| VAN CLEVE, LAURIE | **§341(a) Meeting Date:** 08/09/12 | |
| **Period Ending:** 09/19/17 | **Claims Bar Date:** 11/25/13 | |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 2794 Old Oak Drive, McHenry, IL 60050 | 130,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 25.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Structural Iron Workers Local #1 Annuity Plan | 12,000.00 | 0.00 | | 0.00 | FA |
| 6 | Strucural Iron Workers Pension Plan | Unknown | 0.00 | | 0.00 | FA |
| 7 | Potential Claim against Com Ed related to excess | Unknown | 0.00 | | 0.00 | FA |
| 8 | Workers compensation claim  Bond Steel | Unknown | 0.00 | | 0.00 | FA |
| 9 | 1995 Chevrolet S-10 Blazer 143,000 miles | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | 1997 Yukon 243,000 miles | 2,400.00 | 0.00 | | 0.00 | FA |
| 11 | Mechanics tools | 200.00 | 0.00 | | 0.00 | FA |
| 12 | Dog -- Rotweiler 2 years old | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Personal Injury Action/vanCleve vs. Power Const.  (u) | Unknown | 35,000.00 | | 290,000.00 | FA |
| **13** | **Assets**  **Totals** (Excluding unknown values) | **$149,125.00** | **$35,000.00** | | **$290,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    July 31, 2015          **Current Projected Date Of Final Report (TFR):**    May 22, 2017  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 12-82667 | |
| **Case Name:** | VAN CLEVE, MICHAEL | |
| | VAN CLEVE, LAURIE | |
| **Taxpayer ID #:** | **-***1319 | |
| **Period Ending:** | 09/19/17 | |

| | |
|---|---|
| **Trustee:** | JAMES E. STEVENS (330420) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******4066 - Checking Account |
| **Blanket Bond:** | $4,396,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/03/17 | | Anesi Osmon Rodin Novak & Kohen | proceeds personal injury action against Power Construction | | 179,004.08 | | 179,004.08 |
| | {13} | | Total Settlement | 290,000.00 | 1242-000 | | 179,004.08 |
| | | | Attorney's Fees (1/3) to Anesi, Ozmon | -96,666.66 | 3210-600 | | 179,004.08 |
| | | | Reimbursement of Expenses to Anesi, Ozmon | -14,329.26 | 3220-610 | | 179,004.08 |
| 04/06/17 | 101 | Michael D. VanCleve | Debtor's Personal Injury Exemption | 8100-002 | | 15,000.00 | 164,004.08 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 203.09 | 163,800.99 |
| 07/10/17 | 102 | U.S. Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 260.00 | 163,540.99 |
| 07/10/17 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $10,126.91, Trustee Compensation;  Reference: | 2100-000 | | 10,126.91 | 153,414.08 |
| 07/10/17 | 104 | VAN CLEVE, MICHAEL | Dividend paid 100.00% on $137,461.72; Claim# SURPLUS; Filed: $137,461.72; Reference: | 8200-002 | | 137,461.72 | 15,952.36 |
| 07/10/17 | 105 | Barrick, Switzer, Long, Balsley & Van Evera | Combined Check for Claims#et_al. | | | 12,751.39 | 3,200.97 |
| | | | Dividend paid 100.00% on $12,658.50;  Claim# ; Filed: $12,658.50 | 12,658.50 | 3110-000 | | 3,200.97 |
| | | | Dividend paid 100.00% on $92.89;  Claim# ; Filed: $92.89 | 92.89 | 3120-000 | | 3,200.97 |
| 07/10/17 | 106 | Internal Revenue Service | Combined Check for Claims#1U,1P,1PI,1UI | | | 3,200.97 | 0.00 |
| | | | Dividend paid 100.00% on $528.60;  Claim# 1U; Filed: $528.60 | 528.60 | 7100-000 | | 0.00 |
| | | | Dividend paid 100.00% on $2,640.87;  Claim# 1P; Filed: $2,640.87 | 2,640.87 | 5800-000 | | 0.00 |
| | | | Dividend paid 100.00% on $26.25;  Claim# 1PI; Filed: $26.25 | 26.25 | 7990-000 | | 0.00 |
| | | | Dividend paid 100.00% on $5.25;  Claim# 1UI; Filed: $5.25 | 5.25 | 7990-000 | | 0.00 |

Subtotals :  $179,004.08  $179,004.08

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 12-82667 |
| Case Name: | VAN CLEVE, MICHAEL |
| | VAN CLEVE, LAURIE |
| Taxpayer ID #: | **-***1319 |
| Period Ending: | 09/19/17 |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******4066 - Checking Account |
| Blanket Bond: | $4,396,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 179,004.08 | 179,004.08 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 179,004.08 | 179,004.08 | |
| | | | Less: Payments to Debtors | | | 152,461.72 | |
| | | | NET Receipts / Disbursements | | $179,004.08 | $26,542.36 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******4066 | 179,004.08 | 26,542.36 | 0.00 |
| | $179,004.08 | $26,542.36 | $0.00 |